```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602061710
Cashier ID: jmccullo
Transaction Date: 02/22/2021
Payer Name: MCPHILLIPS SHINBAUM LLP
------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: CHASE ESTES
 Case/Party: D-ALM-2-21-CV-000153-001
 Amount:         $402.00
------------------------------------
CHECK
 Check/Money Order Num: 55011
 Amt Tendered:  $402.00
------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

2:21-CV-00153
REICHERT V. AUSTIN
```